UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL E. DAVIS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>ROBERT W. FOX,<br><br>　　　　Respondent. | No. 2:17-cv-0230 GEB AC P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with a habeas corpus petition filed pursuant to 28 U.S.C. § 2254. On August 28, 2017, respondent filed a motion to dismiss the petition. ECF No. 8. Petitioner has not opposed respondent's motion. Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one days of service of this order, plaintiff shall file and serve an opposition or statement of non-opposition to the pending motion to dismiss. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: October 17, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE